# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTRAL FLORIDA STERILIZATION, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No: 6:15-cv-2120-Orl-31TBS

**SYNERGY HEALTH AST, LLC,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR RECONSIDERATION (Doc. No. 51)
>
> **FILED:** August 3, 2017
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. The arguments advanced in the motion for reconsideration have already been considered and rejected in connection with the motion for summary judgment.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE