# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTRAL FLORIDA STERILIZATION, LLC,**

      **Plaintiff,**

v.                          Case No: 6:15-cv-2120-Orl-31TBS

**SYNERGY HEALTH AST, LLC,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed *in forma pauperis* on appeal (Doc. 59), filed September 14, 2017.

On September 20, 2017, the United States Magistrate Judge issued a report (Doc. 61) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Proceed *in forma pauperis* on appeal is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 5, 2017.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party