# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTRAL FLORIDA STERILIZATION, LLC,**

      **Plaintiff,**

**v.**                                                                 Case No: 6:15-cv-2120-Orl-31TBS

**SYNERGY HEALTH AST, LLC,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Attorneys' Fees and Costs (Doc. 52), filed August 4, 2017.

On September 20, 2017, the United States Magistrate Judge issued a report (Doc. 62) recommending that the motion be granted in part and denied in part. No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Tax Attorney's Fees and Costs is **GRANTED** as to Plaintiff Central Florida Sterilization, LLC. The Clerk is directed to enter an amended judgment on the docket

awarding Defendant $269,372.50 in attorney's fees and $33,192.79 in costs, for a total of $302,565.29 taxed against Plaintiff Central Florida Sterilization, LLC, for which sum execution should issue.

3. The Motion to Tax Attorney's Fees and Costs is **DENIED** as to Wes Mathis[1].

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 5, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Wes Mathis was terminated as a Plaintiff in this case April 19, 2016 (Doc. 25).