# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTRAL FLORIDA STERILIZATION, LLC,**

   **Plaintiff,**

**v.**              Case No: 6:15-cv-2120-Orl-31TBS

**SYNERGY HEALTH AST, LLC,**

   **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Set Aside Judgment and Remand to State Court (Doc. 67). Defendant opposes the motion. (Doc. 68). The sole issue presented by this motion is whether this Court had subject matter jurisdiction to adjudicate this dispute.

Defendant removed this case from state court on December 18, 2015 on the basis of diversity jurisdiction. (Doc. 1). It is undisputed that at the time of the removal, the Plaintiff was a citizen of Florida and the amount in controversy was satisfied. However, Plaintiff now claims that there was no diversity because Defendant was also a citizen of Florida.

The original removal documents (Doc. 1-3) as well as recent filings (Doc. 68-2) establish that, at the time of removal, (1) Defendant was a Delaware LLC with its principal place of business in Ohio and (2) Defendant's sole member was a British company (equivalent to a U.S.

corporation) with its principal place of business in Great Britain. Thus, Defendant was not a citizen of Florida at the time of removal, and the Court possessed subject matter jurisdiction. It is, therefore

**ORDERED** that Plaintiff's Motion to Set Aside Judgment and Remand to State Court (Doc. 67) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 19, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party